UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CRAIG V. BEEDE,

                              Plaintiff,

  -vs-                                                       1:12-CV-1072

COMMISSIONER OF SOCIAL SECURITY

                              Defendant.

**Thomas J. McAvoy,**
**United States District Judge**

### DECISION and ORDER

      This matter was referred to the Hon. Victor E. Bianchini, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York. No objections to the August 13, 2013 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation and Order for the reasons stated therein.

      Accordingly, the Commissioner's motion for judgment on the pleadings is DENIED and this matter is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Magistrate Judge's Report and Recommendation..

**IT IS SO ORDERED.**

Dated: September 16, 2013

_____
Thomas J. McAvoy
Senior, U.S. District Judge